**BROXTERMAN v CINCINNATI (city)**

Ohio Appeals, 1st Dist, Hamilton Co

No 5462. Decided Nov 14, 1938

Jos. T. Harrison, Cincinnati, for appellant.
John D. Ellis, Cincinnati, and Nathan Solinger, Cincinnati, for appellees.

**OPINION**

PER CURIAM

No bill of exceptions having been filed or presented to the Court, it is impossible for this court to pass upon the assignments of error, and the judgment of the Court of Common Pleas is, therefore, affirmed.

ROSS, PJ, HAMILTON & MATTHEWS, JJ, concur.